# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. TAORMINA, Administrator of the Estate of Marie D. Taormina, Deceased,     Plaintiff, | : : : : : | CIVIL ACTION<br><br>NO. 10-CV-3676 |
| v. | : : | |
| SUBURBAN WOODS NURSING HOMES, LLC d/b/a SUBURBAN WOODS HEALTH & REHAB, et al.,     Defendants. | : : : : | |

## ORDER

**AND NOW**, this _14th___ day of February 2011, it is **ORDERED** that Defendants Northern Health Facilities, Inc. and Extendicare Health Services, Inc.'s Motion to Dismiss Plaintiff's Complaint (ECF No. 9) is **GRANTED** in part and **DENIED** in part as follows:

- Defendants' Motion is **GRANTED** as to Taormina's § 1983 claims (Counts I & II) against Defendants Northern Health and Extendicare.

- Defendants' Motion is **DENIED** as to Taormina's remaining claims.

                                                  s/Anita B. Brody

                                                  _____

                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                 Copies **MAILED** on _____ to: